# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Kinsale Insurance Company

v.  Case Number: 4:23–cv–04680

Sanare Energy Partners LLC

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Andrew M Edison**

**LOCATION:**
by video

United States Post Office and Courthouse
601 Rosenberg Street
Galveston, TX 77550

**DATE:** 4/18/2024

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   March 27, 2024                                                                                   Nathan Ochsner, Clerk