United States District Court
Southern District of Texas

**ENTERED**
April 08, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-CV-04680 |
|---|---|---|---|

| Kinsale Insurance Company |
| Plaintiff |

| *versus* |

| Sanare Energy Partners, LLC |
| Defendant |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Courtney E. Crowell<br>Pusateri, Johnston, Guillot & Greenbaum<br>1100 Poydras St., Suite 2250<br>New Orleans, LA 70163<br>(504) 620-2500/Courtney.Crowell@pjgglaw.com<br>Louisiana 38708<br>EDLA 38708 |

| Name of party applicant seeks to appear for: | Sanare Energy Partners, LLC |

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 4/3/2024 | Signed: /s/ Courtney E. Crowell |

The state bar reports that the applicant's status is: **Active**

Dated: 04/05/2024    Clerk's signature   *[signed] Byron Thomas*

### Order

This lawyer is admitted *pro hac vice*.

Dated:  April 05, 2024

*[signed] George C. Hanks Jr.*
United States District Judge