# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **KINSALE INSURANCE COMPANY,** | * | **CIVIL ACTION NO. 4:23-CV-04680** |
| | * | |
| **Plaintiff,** | * | **DISTRICT JUDGE:** |
| | * | **HON. GEORGE C. HANKS, JR.** |
| **v.** | * | |
| | * | **MAGISTRATE JUDGE:** |
| **SANARE ENERGY PARTNERS, LLC,** | * | **HON. ANDREW M. EDISON** |
| | * | |
| **Defendant.** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## EX PARTE MOTION TO WITHDRAW COUNSEL OF RECORD

Plaintiff Kinsale Insurance Company, pursuant to Local Rule 83.2, respectfully moves this Honorable Court for an Order withdrawing Luke G. LaHaye (La. Bar #38809) as counsel for Kinsale. Matthew C. Guy, Collin M. Weyand, Jeffrey E. Richardson will remain as counsel for Kinsale.

WHEREFORE, Kinsale prays that the Court permit Mr. LaHaye to withdraw as counsel in this matter.

Respectfully submitted,

*/s/ Collin M. Weyand*
**Matthew C. Guy** (Attorney-in-Charge)
State Bar No. 24050702
Fed Bar No. 622802
**Collin M. Weyand** (Of Counsel)
State Bar No. 24106763
Fed. Bar No. 3251459
**Jeffrey E. Richardson** (Of Counsel)
La. Bar No. 23273
ADAMS AND REESE LLP
1221 McKinney, Suite 4400
Houston, Texas 77010
Phone: (713) 652-5151
Fax: (713) 652-5152
Email: Matthew.Guy@arlaw.com
Email: Collin.Weyand@arlaw.com
Email: Jeff.Richardson@arlaw.com

And

*/s/ Luke G. LaHaye*
Luke G. LaHaye
La. Bar No. 38809
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone: (504) 581-3234
Email: luke.lahaye@arlaw.com

*Counsel for Kinsale Insurance Company*

## **CERTIFICATE OF SERVICE**

The undersigned Counsel hereby certifies that the foregoing has been served via ECF and/or email on this 12th day of April, 2024, to the following:

Robert R. Johnston, T.A.
Robert.Johnston@pjgglaw.com
Constance C. Waguespack
Constance.Waguespack@pjgglaw.com
Courtney E. Crowell
Courtney.Crowell@pjgglaw.com
Wade B. Hammett
Wade.Hammett@pjgglaw.com
PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC
1100 Poydras Street, Suite 2250
New Orleans, LA 70163

M. Matt Jett
mjett@hallmaineslugrin.com
Caroline E. Bossier
cbossier@hallmaineslugrin.com
Aaron E. Koenck
akoenck@hallmaineslugrin.com
HALL MAINES LUGRIN, P.C.
2800 Post Oak Boulevard
Houston, TX 77056-6125

          */s/ Collin M. Weyand*
          Matthew C. Guy