**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| KINSALE INSURANCE COMPANY | § |
| | § |
|    Plaintiff(s), | § |
| VS. | § CIVIL ACTION NO. 4:23–cv–04680 |
| | |
| SANARE ENERGY PARTNERS, LLC | § |
| | § |
|    Defendant. | |

## NOTICE OF SETTING

   A Initial Conference has been set in this matter for 09:00 AM on 4/18/2024. The hearing will be conducted using the ZoomGov.com videoconferencing program.

   Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1601995344?pwd=b3lqWHBLQzBreGl2eDRmVXh5MjBsUT09*
Meeting phone number: 646 828 7666
Meeting ID: 160 199 5344
Meeting Password: 152902

   Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 4/17/2024                                        Byron Thomas
                                                                             cm4147@txs.uscourts.gov
                                                                             Case Manager to
                                                                             U.S. District Judge George C. Hanks, Jr.