IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Kinsale Insurance Company | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23–CV–04680 |
| | § | |
| Sanare Energy Partners LLC | § | |
|    Defendant. | § | |

## JOINT MOTION FOR
## CONSENT PROTECTIVE ORDER

**NOW INTO COURT**, through undersigned counsel, come all parties to this litigation who jointly move this Court to enter a Consent Protective Order to ease the process of exchanging documents through discovery in this litigation while maintaining the confidentiality of documents that contain trade secrets and other confidential information.

**WHEREFORE**, Kinsale Insurance Company ("Kinsale"), Sanare Energy Partners, LLC ("Sanare"), and SBS Energy Services, LLC ("SBS") jointly move this Court to sign the attached Consent Protective Order.

Respectfully submitted,

*/s/ Collin M. Weyand*
**Matthew C. Guy** (Attorney-in-Charge)
State Bar No. 24050702
Fed. Bar No. 622802
**Collin M. Weyand** (Of Counsel)
State Bar No. 24106763
Fed. Bar No. 3251459
**Jeffrey E. Richardson** (Of Counsel)
La. Bar No. 23273
ADAMS AND REESE LLP
1221 McKinney, Suite 4400
Houston, Texas 77010
Phone: (713) 652-5151
Fax: (713) 652-5152
Email:  Matthew.Guy@arlaw.com
Email: Collin.Weyand@arlaw.com
Email: Jeff.Richardson@arlaw.com
***Attorneys for Kinsale Insurance Company***

Respectfully submitted,

*/s/ Constance C. Waguespack (with permission)*
Robert R. Johnson, T.A. (#22442)
Constance C. Waguespack (#34616)
Courtney E. Crowell (#38708)
Andrew J. Wondolowski (#40998)
Wade B. Hammett (#31186)
**PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC**
1100 Poydras Street, Suite 2250
New Orleans, LA 70163
Robert.Johnston@pjgglaw.com
Constance.Waguespack@pjgglaw.com
Courtney.Crowell@pjgglaw.com
Andrew.Wondolowski@pjgglaw.com
Wade.Hammett@pjgglaw.com
***Counsel for Sanare Energy Partners, LLC***

**AND**

2

M. Matt Jett
Texas Bar No. 24068684
S.D. Tex No. 1091711
mjett@hallmaineslugrin.com
**HALL MAINES LUGRIN, P.C.**
Williams Tower, Suite 6400
2800 Post Oak Boulevard
Houston, TX 77056-6125
Tel: 713-871-9000
Fax: 713-871-8962
*Counsel for Sanare Energy Partners, LLC*

Respectfully submitted,

**JONES WALKER LLP**

*/s/ R. Scott Jenkins (with permission)*
R. SCOTT JENKINS, *attorney-in-charge*
LA Bar No. 23144
SDTX No. 3610494
sjenkins@joneswalker.com
EDWARD F. LEBRETON
TX Bar No. 00789066
SDTX No. 23016
elebreton@joneswalker.com
Jones Walker LLP
201 St. Charles Avenue, Suite 5100
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8000
Facsimile: (504) 582-8583
*Attorneys for SBS Energy Services, LLC*

**AND**

>HANNAH A. MAYFIELD
>TX Bar No. 24115036
>SDTX No. 3608924
>hmayfield@joneswalker.com
>Jones Walker LLP
>811 Main Street, Suite 2900
>Houston, Texas 77002
>Telephone: (713) 437-1800
>Facsimile: (713) 437-1810
>***Attorneys for SBS Energy Services, LLC***

## **CERTIFICATE OF SERVICE**

The undersigned Counsel hereby certifies that the foregoing has been served via ECF and/or email on this 22nd day of May, 2025, to the following:

>Robert R. Johnston, T.A.
>Robert.Johnston@pjgglaw.com
>Constance C. Waguespack
>Constance.Waguespack@pjgglaw.com
>Courtney E. Crowell
>Courtney.Crowell@pjgglaw.com
>Wade B. Hammett
>Wade.Hammett@pjgglaw.com
>PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC
>1100 Poydras Street, Suite 2250
>New Orleans, LA 70163

>M. Matt Jett
>mjett@hallmaineslugrin.com
>Caroline E. Bossier
>cbossier@hallmaineslugrin.com
>Aaron E. Koenck
>akoenck@hallmaineslugrin.com
>HALL MAINES LUGRIN, P.C.
>2800 Post Oak Boulevard
>Houston, TX 77056-6125

4

R. Scott Jenkins
sjenkins@joneswalker.com
Edward F. Lebreton
elebreton@joneswalker.com
Jones Walker LLP
201 St. Charles Avenue, Suite 5100
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8000
Facsimile: (504) 582-8583

Hannah A. Mayfield
hmayfield@joneswalker.com
Jones Walker LLP
811 Main Street, Suite 2900
Houston, Texas 77002
Telephone: (713) 437-1800
Facsimile: (713) 437-1810

*/s/ Collin M. Weyand*
Collin M. Weyand

## Certificate of Conference

I certify that, on or before May 22, 2025, counsel for Kinsale conferred with counsel for SBS and Sanare via email concerning the relief to be requested in this motion. All parties agree on the relief sought.

*/s/ Collin M. Weyand*
Collin M. Weyand